**Order entered August 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00328-CR

**CHRISTINA MARIE EMMERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F10-00776-Y**

## ORDER

The Court **REINSTATES** the appeal.

On July 10, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On August 19, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the July 10, 2013 order requiring findings.

We note that none of the exhibits admitted into evidence were filed with the reporter's record. Accordingly, we **ORDER** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing copies of State's Exhibit nos. 1, 1A, 2, 3, 4, 4A, 5, and 5A.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharon Hazlewood, official court reporter, Criminal District Court No. 7, and to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE